**EXHIBIT A-BALES 302**

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  03/22/2002

Gregory Bales, CDL# ████████, SSA# ████████, who resides at ████████████████████████████ was interviewed at the Santa Ana office of the FBI pursuant to a proffer agreement signed by Bales, his attorney Michael Mayok, and AUSA David Hoffer. Mayok was also present during the interview. After being advised of the identity of the interviewing agent and the purpose of the interview, Bales provided the following information:

During the late 1980's Bales was trained in the property appraisal business by his sister Pamela Bennett (AKA Pamela Woodward) and her husband James Bennett (Bennett). Pamela Bennett (Pamela) and Bennett owned an appraisal business, Value Seekers, that they operated out of an office in Claremont, CA. Bennett also had a mortgage business, West Belle Mortgage, being operated out of the same location. The business was later relocated to Anaheim Hills, CA. After being trained in the business, Bales, under the direction of Bennett, worked at Value Seekers as a residential appraiser. In 1990 Bales became a full-time employee of Bennett and Value Seekers.

Much of Bales' work involved appraising properties that were being refinanced. Due to the nature of this work there was always a great deal of pressure to stretch the values as much as possible. This would allow the owner of the property to take out more money from the transaction.

After Bales completed the field work on an appraisal he would discuss the results with Bennett. If the value was not high enough for Bennett then he (Bennett) would increase the value on the appraisal. On many occasions Bales did not agree with Bennett's changes, but he (Bales) signed the appraisals anyway. On a few occasions the value that Bennett wanted was so outrageous that Bales refused to sign the appraisal. Due to family pressures, Bales also inflated values on his own. Bennett could not sign the appraisals himself because then he would be acting as both the appraiser and the loan originator.

In 1994 Bales got a job as a purchasing agent for Irvine Sensors Corporation (ISC) in Irvine, CA. Bales held this position through June of 2001, at which time he was laid-off.

Investigation on  03/21/2002    at  Santa Ana, CA

06 1635    FILED

File # ████████████    Date dictated    SEP 21 2006

by  SA Michael E. Rawlins

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

FD-302a

Continuation of FD-302 of __Gregory Bales__ , On __03/21/2002__ , Page __2__

While employed at ISC Bales continued to do occasional appraisal work for Bennett on the weekends. During this time frame Bennett continued to do appraisals to which he would sign Bales' name. Bales knew that it was wrong to let Bennett sign his name on appraisals that he (Bales) had nothing to do with, but he allowed him to do it because of family pressure and because he didn't want to lose the occasional appraisal work that Bennett was giving to him. Bales had no idea how many appraisals Bennett completed using his name. Bennett did not pay Bales for the use of his name and his appraisal license.

Sometime last year Bales was contacted by the Office of Real Estate Appraisals (OREA) regarding an investigation of four appraisals that he had supposedly completed that involved illegal property flips. These were four appraisals that Bennett had completed to which he had signed Bales' name. Bales discussed the issue with Bennett who suggested a course of action that he should take. Bennett advised Bales not talk with the OREA directly, but that he (Bennett) would hire any attorney for him. Bennett then told him what he should tell his attorney.

Bales followed Bennett's suggestion and told his attorney that the appraisals and corresponding support documentation were his own. The plan was to blame the misrepresentations in the appraisals on other factors, including the lender, Long Beach City Mortgage. Bennett advised that if Bales followed his advice that the whole investigation would eventually go away. Bales believed that as long as he followed Bennett's plan that he (Bennett) would continue to pay for his attorney. Bales' civil attorney is currently defending him before the OREA based on these misrepresentations.

Bales has reviewed the appraisals which are the subject of the OREA investigation. He learned from this review that the seller of one of the properties was Gregory Wright, Pamela Bennett's son from her second marriage. Pamela has been married four times. Bales described Wright as a twenty-something-year-old loser who would never be involved in real estate investing. When Bales brought this information to Bennett's attention, Bennett advised that he (Bennett) bought the properties himself. He said that it was legal because he was using his own money and not money from a lender.

Since being laid off last year from ISC, Bales has been working full-time as an independent appraiser. He operates out of Bennett's West Belle office in Anaheim Hills, though he is not working

FD-? (Rev. 10-6-95)

Continuation of FD-302 of  Gregory Bales                          , On 03/21/2002 , Page  3

as an employee of Bennett. Bales does appraisals for a number of clients including Bennett and Donna Simon. Simon, a former employee of West Belle and Long Beach City Mortgage, is currently employed as a loan broker at All City Financial. Bales recently terminated his business relationship with Simon because he did not like the way she operated. Now that he is working on his own, most of Bales' appraisals are fully supported and completely legitimate.

Bales was recently asked by Steve Rogers, West Belle loan officer, to inflate an appraisal for a client with the last name of Hunt. Hunt is in the process of refinancing his mortgage loan. Bales stated that the comparables only support a value of $40,000 but he agreed to inflate the value on his appraisal to $60,000. Bales was not aware of the status of this loan.

Bales does not know how much his sister and Bennett's wife, Pamela, knows about Bennett's illegal activities. Bales has been reluctant to discuss the topic with her for fear of what he might find out. Bales described Bennett as being the dominant one in the marriage. Pamela has told Bales that Bennett gives her a monthly allowance to pay for her personal expenses. Bales described Bennett as having a violent side, and believes that he (Bennett) has beaten Pamela on at least one occasion.

Current employees at West Belle include Steve Rogers, Richard (Rico) Garcia, and Edgar Garcia. Bennett is in control of everything facet of West Belle's operations, and he is aware of everything that happens in the office.

Benny Ibarra is a former employee who is presently employed as a loan agent at Elite Mortgage in Huntington Park. Bernard Fernandez is a former employee who had a falling out with Bennett over money that Fernandez supposedly took from the business.

Bales believes that Jeannette Brown is Bennett's mother, and that Samuel Lang is a property investor with whom Bennett does business. Robbie Smith is Bennett's sister.

Bennett keeps his business records (e.g. loan files, appraisals, etc.) at his office in Anaheim Hills and at his home in Yorba Linda. Bennett is attempting to sell his Yorba Linda home and recently received an offer of over $1 million. Bennett owns property in Poway and Rancho Santa Fe, where he intends to build a new home.

FD-302a (Rev 10-6-95)

Continuation of FD-302 of __Gregory Bales__ , On __03/21/2002__ , Page __4__

    Bales agreed to provide the writer with a list of all appraisals that he has completed over the last five years.