# EXHIBIT C-DEEDS OF TRUST & PAYMENT LETTER

## PAYMENT LETTER TO BORROWER

FROM:  LONG BEACH CITY MORTGAGE INVESTMENTS INC.
       2900 ADAMS STREET, C-160
       RIVERSIDE, CALIFORNIA 92504

RE:    Loan No: LBCM-23
       Property Address: 768-770 1/2 E. 43RD PL., LOS ANGELES, CALIFORNIA
       90011

TO:    WILLIAM ROGERS
       768-770 1/2 E. 43RD PL.
       LOS ANGELES, CALIFORNIA 90011

Dear Borrower:

The monthly payments on the above referred to loan are to begin on   NOVEMBER   1  ,
1999   , and will continue monthly until   OCTOBER 1   ,   2029   .

Your monthly payment will consist of the following:

| | |
|---|---|
| PRINCIPAL AND INTEREST | $ 2,081.11 |
| MMI/PMI INSURANCE | |
| RESERVE FOR TAXES | |
| RESERVE FOR INSURANCE | |
| RESERVE FOR FLOOD INSURANCE | |
| | |
| TOTAL MONTHLY PAYMENTS | $ 2,081.11 |

You are to make your payments to:

   LONG BEACH CITY MORTGAGE INVESTMENTS INC.
   2900 ADAMS STREET, C-160
   RIVERSIDE, CALIFORNIA 92504

Any correspondence, or calls, in reference to your loan, please refer to the above loan number.

Copy received and acknowledged.

Date: 9-8-99

_William Rogers_ (signature)
WILLIAM ROGERS

06 1635
FILED
SEP 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**99 1766634**



RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
3:41 PM SEP 16 1999

SPACE ABOVE THIS LINE RESERVED FOR RECORDER S USE

## TITLE(S)

| FEE CODE | N/A | N/A | 0 | 20 | 9_ | 19 | 04 | 19 |
|---|---|---|---|---|---|---|---|---|
| REC. FEE | NO. PAGES | NO TITLES | PCOR | D.A. FEE | SURVEY MON. | NOTIF. | INVOL LIEN | NON CONF. |
|  | 15 |  |  |  |  |  |  |  |

EXAMINER S INT.

Assessor s Identification Number (AIN)
To Be Completed By Examiner Or Title Company In Black Ink

Number of Parcels Shown

Revision Number

RECORDING REQUESTED BY
CALIFORNIA COUNTIES TITLE CO.

AND WHEN RECORDED MAIL TO
LONG BEACH CITY MORTGAGE
INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA
92504

Loan No. LBCM-23

99 1766634

FEE $ 53-V

[Space Above This Line For Recording Data]

## DEED OF TRUST

D.A FEE Code 20 $
NCPF Code 19 $

THIS DEED OF TRUST ("Security Instrument") is made on  SEPTEMBER 7, 1999
The trustor is WILLIAM ROGERS, AN UNMARRIED MAN

("Borrower"). The trustee is
JOAN H. ANDERSON
("Trustee"). The beneficiary is
LONG BEACH CITY MORTGAGE INVESTMENTS INC., A DELAWARE MORTGAGE
which is organized and existing under the laws of DELAWARE                 , and whose address is
2900 ADAMS STREET, C-160, RIVERSIDE, CALIFORNIA 92504
("Lender"). Borrower owes Lender the principal sum of
TWO HUNDRED FORTY SEVEN THOUSAND FIVE HUNDRED AND 00/100***********
Dollars (U.S. $ 247,500.00        ). This debt is evidenced by Borrower's note dated the same date as
this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and
payable on OCTOBER 1, 2029       . This Security Instrument secures to Lender: (a) the repayment of
the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the
payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security
Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the
Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following
described property located in            LOS ANGELES                  County, California:
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT
"A".
A.P.N.: 5115-012-007

which has the address of 768-770 1/2 E. 43RD PL., LOS ANGELES
                        [Street]                              [City]

California    90011           ("Property Address");
              [Zip Code]

CALIFORNIA-Single Family-FNMA/FHLMC UNIFORM INSTRUMENT                              Form 3005 9/90
Document Systems, Inc. (800) 649-1362              Page 1 of 8

CA3005 DOT

## PAYMENT LETTER TO BORROWER

FROM:  LONG BEACH CITY MORTGAGE INVESTMENTS INC.
       2900 ADAMS STREET, C-160
       RIVERSIDE, CALIFORNIA 92504

RE:    Loan No: LBCM-18
       Property Address: 243-245 1/2 W. 56TH ST., LOS ANGELES, CALIFORNIA
       90011

TO:    ARTURO VARGAS
       1041 BROAD AVENUE
       WILMINGTON, CALIFORNIA 90744

Dear Borrower:

The monthly payments on the above referred to loan are to begin on   OCTOBER 1,
1999   , and will continue monthly until    SEPTEMBER 1   ,   2029   .

Your monthly payment will consist of the following:

| | |
|---|---|
| PRINCIPAL AND INTEREST | $ 2,152.59 |
| MMI/PMI INSURANCE | |
| RESERVE FOR TAXES | |
| RESERVE FOR INSURANCE | |
| RESERVE FOR FLOOD INSURANCE | |
| | |
| TOTAL MONTHLY PAYMENTS | $ 2,152.59 |

You are to make your payments to:

LONG BEACH CITY MORTGAGE INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA 92504

Any correspondence, or calls, in reference to your loan, please refer to the above loan number.

Copy received and acknowledged.

Date: 8-3-99                    _Arturo Vargas_
                                ARTURO VARGAS

**99 1504786**

> RECORDED/FILED IN OFFICIAL RECORDS
> RECORDER'S OFFICE
> LOS ANGELES COUNTY
> CALIFORNIA
>
> 4:01 PM AUG 10 1999

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

_____

_____

| FEE CODE | N/A | N/A | 0 | 20 | 9_ | 19 | 04 | 19 |
|---|---|---|---|---|---|---|---|---|
| REC FEE | NO PAGES | NO TITLES | PCOR | D A FEE | SURVEY MON | NOTIF | INVOL LIEN | NON CONF |

14

EXAMINER'S INT

Assessor's Identification Number (AIN)
To Be Completed By Examiner Or Title Company In Black Ink

Number of Parcels Shown

Revision Number

502-7

RECORDING REQUESTED BY

**CALIFORNIA COUNTIES TITLE CO.**

AND WHEN RECORDED MAIL TO

LONG BEACH CITY MORTGAGE
INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA
92504

Loan No. LBCM-18

**99 1504786**

NCPF Code 19  $ 34

FEE $ ___ W

[Space Above This Line For Recording Data]

# DEED OF TRUST

D.A. FEE Code 20  $ 4

THIS DEED OF TRUST ("Security Instrument") is made on AUGUST 2, 1999
The trustor is ARTURO VARGAS, A SINGLE MAN

("Borrower") The trustee is
JOAN H. ANDERSON

("Trustee") The beneficiary is
LONG BEACH CITY MORTGAGE INVESTMENTS INC., A DELAWARE MORTGAGE
which is organized and existing under the laws of DELAWARE                , and whose address is
2900 ADAMS STREET, C-160, RIVERSIDE, CALIFORNIA 92504
("Lender") Borrower owes Lender the principal sum of
TWO HUNDRED FIFTY SIX THOUSAND AND 00/100**********
Dollars (U S $ 256,000.00        ) This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on SEPTEMBER 1, 2029    This Security Instrument secures to Lender (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note, (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument, and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in           LOS ANGELES                County, California
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT
"A".
A.P.N.: 5101-029-012

which has the address of 243-245 1/2 W. 56TH ST., LOS ANGELES
[Street]                                                            [City]

California    90011                    ("Property Address"),
           [Zip Code]

CALIFORNIA-Single Family-FNMA/FHLMC UNIFORM INSTRUMENT                    Form 3005 9/90
Document Systems Inc (800) 649-1362              Page 1 of 8

## PAYMENT LETTER TO BORROWER

FROM: LONG BEACH CITY MORTGAGE INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA 92504

RE: Loan No: LBCM-19
Property Address: 1412 WEST 94TH PLACE, LOS ANGELES, CALIFORNIA 90047

TO: REBECCA FERNANDEZ
14877 ASH DRIVE
CHINO HILLS, CALIFORNIA 91709

Dear Borrower:

The monthly payments on the above referred to loan are to begin on OCTOBER 1, 1999, and will continue monthly until SEPTEMBER 1, 2029.

Your monthly payment will consist of the following:

| | |
|---|---|
| PRINCIPAL AND INTEREST | $ 2,118.95 |
| MMI/PMI INSURANCE | |
| RESERVE FOR TAXES | |
| RESERVE FOR INSURANCE | |
| RESERVE FOR FLOOD INSURANCE | |
| TOTAL MONTHLY PAYMENTS | $ 2,118.95 |

You are to make your payments to:

LONG BEACH CITY MORTGAGE INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA 92504

Any correspondence, or calls, in reference to your loan, please refer to the above loan number.

Copy received and acknowledged.

Date: 8/10/99

_Rebecca Fernandez_
REBECCA FERNANDEZ

99 1574607

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

4:41 PM AUG 20 1999

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

| FEE CODE | N/A | N/A | 0 | 20 | 9_ | 19 | 04 | 19 |
|---|---|---|---|---|---|---|---|---|
| REC FEE | NO PAGES | NO TITLES | PCOR | D A FEE | SURVEY MON | NOTIF | INVOL LIEN | NON CONF |

15

EXAMINER'S INT

Assessor's Identification Number (AIN)
To Be Completed By Examiner Or Title Company In Black Ink

Number of Parcels Shown

▲

Revision Number

S03-7

CALIFORNIA COUNTIES TITLE CO.

RECORDING REQUESTED BY

**99 1574607**

AND WHEN RECORDED MAIL TO
LONG BEACH CITY MORTGAGE
INVESTMENTS INC.
2900 ADAMS STREET, C-160
RIVERSIDE, CALIFORNIA
92504

FEE $ 53 —    E

Loan No. LBCM-19

D.A. FEE Code 20  $ 4

[Space Above This Line For Recording Data]

# DEED OF TRUST   NCPF Code 19  $ 42

NOTIFICATION SENT-$4

THIS DEED OF TRUST ("Security Instrument") is made on  AUGUST 9, 1999
The trustor is REBECCA FERNANDEZ, A SINGLE WOMAN

("Borrower"). The trustee is
JOAN H. ANDERSON
("Trustee"). The beneficiary is
LONG BEACH CITY MORTGAGE INVESTMENTS INC., A DELAWARE MORTGAGE
which is organized and existing under the laws of  DELAWARE                        , and whose address is
2900 ADAMS STREET, C-160, RIVERSIDE, CALIFORNIA 92504
("Lender"). Borrower owes Lender the principal sum of
TWO HUNDRED FIFTY TWO THOUSAND AND 00/100**********
Dollars (U.S. $ 252,000.00           ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on SEPTEMBER 1, 2029      . This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in                      LOS ANGELES                    County, California:
LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N.: 6055-009-056

which has the address of 1412 WEST 94TH PLACE, LOS ANGELES
[Street]                                                                                              [City]

California    90047                           ("Property Address");
              [Zip Code]

CALIFORNIA-Single Family-FNMA/FHLMC UNIFORM INSTRUMENT                                 Form 3005 9/90
Document Systems, Inc (800) 649-1362                         Page 1 of 8

