**EXHIBIT E-INTERCEPTED APPEAL**

```
JAMES BENNETT, IN PER SE
3790 Via De La Valle #102E
Del Mar, Ca. 92014
Phone 800-430-7744
Attorney for Defendant
```

[Stamps: RECEIVED/RETURNED DEC 2 2 2004 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY; LODGED DEC 20 2004 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY DEPUTY]

|  |  |
|---|---|
| United States of America, | Case No.: SA CR 03-025 |
| Plaintiff, | Notice of Appeal |
| vs. |  |
| James Davis Bennett, |  |
| Defendant |  |

Notice is hereby given that James Davis Bennett, Defendant in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Traverse and Quash Search Warrant and to Suppress Evidence entered in this action on or about the 13th day of December, 2004.

Dated this 19th day of December, 2004

JAMES BENNETT, IN PER SE
3790 Via De La Valle #102E
Del Mar, Ca. 92014

06 1635
FILED
SEP 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

US vs BENNETT - 1