# EXHIBIT F-LICENSE

## ATTORNEY SEARCH

### Brett Alan Sagel - #243918

**Current Status: Active**

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 243918 | | |
| **Address** | Ofc US Attorney<br>411 W 4th St #8000<br>Santa Ana, CA 92701-4599 | **Phone Number**<br>**Fax Number**<br>**e-mail** | (714) 338-3500<br>(714) 338-3708<br>brett.sagel@usdoj.gov |
| **District** | District 8 | **Undergraduate School** | Univ of Michigan; Ann Arbor MI |
| **County** | Orange | **Law School** | George Washington Univ LS; Washington DC |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 8/14/2006 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**
This member has no public record of administrative actions.

Start New Search >

06 1635

Contact Us   Site Map   Privacy Policy   Notices   © 2006 The State Bar of California

FILED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ATTORNEY SEARCH

**Attorney Name or Bar Number**

[Brett A Sagel]    [Search]    Advanced Search »

☐ Include similarly sounding names and alternate spellings

**Your search for *Brett A Sagel* returned 1 result.**

Sort By: [Last Name ▼]

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Sagel, Brett Alan | Active | 243918 | Santa Ana | August 2006 |

Contact Us    Site Map    Privacy Policy    Notices    © 2006 The State Bar of California