# EXHIBIT G-25 COUNTS

| Property | Lender | Amount |
|---|---|---|
| 9501 S. Western Ave. | Mtg Portfolio Services | 250,698.37 |
| 1519 W. 29th St. | Provident Bank | 238,094.00 |
| 1177 W. 38th St. | Chadwick Mortgage, Inc. | 255,529.32 |
| 928 W. 78th St. | CIT Group | 247,913.50 |
| 2616 Griffith Ave. (1) | CIT Group | 260,406.00 |
| 245 W. 56th St. (5) | Flagstar Bank | 253,410.26 |
| 1412 W. 94th Pl. (6) | Flagstar Bank | 249,958.75 |
| 768 E. 43rd. Pl. (7) | Flagstar Bank | 245,267.32 |
| 760 E. 43rd Pl. (2) | Mtg. Portfolio Services | 232,688.84 |
| 456 E. 40th Pl. | Home Loan Mtg. Co. | 211,914.43 |
| 2253 Linden Ave. | Provident Bank | 231,514.38 |
| 615 W. Imperial Hwy. (3) | Greenpointe Mtg. Funding | 223,439.99 |
| 1485-1489 Molino Ave. | Mtg. Capital Acceptance | 186,365.68 |
| 1104-1106 ½ W. 87th St. | Equicredit Corp. | 213,984.90 |
| 1017 Raymond Ave. | Home Mgt/Greenpoint Mtg. | 237,640.56 |
| 930 E. 11th ST. | Home Mgt/Greenpoint Mtg. | 244,807.78 |
| 428 W. 5th St. | New Freedom Mtg. | 251,593.11 |
| 520 Chestnut Ave. | 1st Nat'l Home Finance | 252,390.01 |
| 7819 S. Hoover St. | Equicredit Corp. | 165,237.00 |
| 1495 Alamitos Ave. (8) | Equicredit Corp. | 197,047.65 |
| 1105 Ohio Ave. (9) | Equicredit Corp. | 229,469.00 |
| 549 E. 17TH St. | 1st Union Mtg. | 252,838.38 |
| 2121 Atlantic Ave. | BNC Mtg. Inc. | 251,407.38 |
| 860 Cerritos Ave. (4) | Laguna Capital Mtg. | 241,443.84 |
| 1304 Junipero Ave. (10) | Equicredit Corp. | 244,273.68 |

06 1635
FILED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| COUNT | PROPERTY | CRIME |
|---|---|---|
| 1. | 2616 Griffith Ave., Los Angeles, CA | WIRE FRAUD |
| 2. | 760 E. 43rd Pl., Los Angeles, CA | WIRE FRAUD |
| 3. | 615 W. Imperial Hwy., Los Angeles, CA | WIRE FRAUD |
| 4. | 860 Cerritos Ave., Long Beach, CA | WIRE FRAUD |
| 5. | 245 W. 56th St., Los Angeles, CA | BANK FRAUD (Flagstar) (Long Beach City Mortgage) |
| 6. | 1412 W. 94th Pl., Los Angeles, CA | BANK FRAUD (Flagstar) (Long Beach City Mortgage) |
| 7. | 768 E. 43rd Pl., Los Angeles, CA | BANK FRAUD (Flagstar) (Long Beach City Mortgage) |
| 8. | 1495 Alamitos Ave., Long Beach, CA | BANK FRAUD (Equicredit) |
| 9. | 1105 Ohio Ave., Long Beach, CA | BANK FRAUD (Equicredit) |
| 10. | 1304-1306 Junipero Ave., Long Beach, CA | BANK FRAUD (Equicredit) |