**EXHIBIT C- BILL OF PARTICULARS DENIAL**

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CRIMINAL MINUTES - GENERAL

Case No.: SA CR 03-25(B) AHS                    Date: July 26, 2006

Title:    United States of America v. James Davis Bennett
==================================================================

PRESENT:  HON. **ALICEMARIE H. STOTLER**, CHIEF U.S. DISTRICT JUDGE

          Ellen Matheson                    Not Present
          Deputy Clerk                      Court Reporter

**ATTORNEYS PRESENT:** None

**PROCEEDINGS:**     (IN CHAMBERS) ORDER DENYING DEFENDANT'S
                     "MOTION FOR BILL OF PARTICULARS PURSUANT TO
                     FRCRP 7(f) - (SECOND REQUEST)"

     On June 19, 2006, the Court denied defendant's "Ex Parte Notice of Motion and Motion for Bill of Particulars Pursuant to FRCRP 7(f) & Request for Extension of Time to File Opposition to Revised PSR Report Pursuant to Rule 32(f)(1)" ("First Request"). On July 21, 2006, defendant filed a "Motion for Bill of Particulars Pursuant to FRCRP 7(f) - (Second Request)" ("Second Request"). Defendant's First Request and Second Request for a bill of particulars are identical. Having denied the First Request, the identical Second Request is also denied.

     The clerk shall serve this minute order on counsel and defendant at his last known place of incarceration.



MINUTES FORM 6                          INITIALS OF DEPUTY CLERK
CRIM - GEN   KE                 D - M
S:\AHS\2kde\Minute Orders\US v. Bennett.MtnBillParticulars.wpd