# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES DAVIS BENNETT
           Plaintiff

vs.                                    Civil Action No. 06-1635 (JDB)

ALICEMARIE STOTLER, et al
           Defendant

## NOTICE OF APPEAL

Notice is hereby given this 16TH day of OCTOBER, 20 06, that

JAMES DAVIS BENNETT

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 5TH day of OCTOBER, 2006

in favor of ALICEMARIE STOTLER, ET AL

against said JAMES DAVIS BENNETT

                                       JAMES DAVIS BENNETT, Pro Se
                                       Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
OCT 17 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attention: Clerk of the Court District of Columbia

Re: Please file this notice of appeal in Civil Case Number 06-1635(JDB).

Please be certain this is filed.

    James Davis Bennett, Plaintiff
           Vs
    Alicemarie Stotler, et al.


Thanks in Advance,

*[signature]*

James Davis Bennett/Bkg# 06-00190
Santa Ana Jail M-88
P.O. box 22003
Santa Ana, Ca. 92702
Phone: 714-231-3568

```
 1  James Davis Bennett, In Pro Se
    SANTA ANA JAIL
 2  BK.NO. 06-00190
    P.O. BOX 22003
 3  SANTA ANA, CA.  92701

 4

 5      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

 6
    James Davis Bennett,           ) Case No.: 06-1635(JDB)
 7          Plaintiff,              )
                                    ) Notice of Appeal
 8       vs.                        )
    Alicemarie Stotler, Brett A.    )
 9  Sagel, Michael Rawlins, David   )
    Hoffer, James SensenBrenner,    )
10  Alberto Gonzales and Does 1-10, )
            Defendants              )
11                                  )

12

13  This is a notice of appeal of the Dismissal of Case Number 06-

14  1635(JDB).

15

16
                                    Dated this 13th day of October,
17                                  2006

18                                          /s/ James Davis Bennett
19                                  James Davis Bennett,
                                    In Pro Se
20                                  SANTA ANA JAIL
                                    BK. NO. 06-00190
21                                  P.O. BOX 22003
                                    SANTA ANA, CA.
22                                  92701

23

24

25
```

Notice of Appeal - 1

# CERTIFICATE OF SERVICE

Case Name: ~~United States of America~~ v. James Davis Bennett  V. ALICEMARIE STOTLER ET AL.

Case Number: ~~SA-CR-03-25AHS~~  06-1635 (JDB)

I certify that a copy of the Notice of Appeal was served on the following in the manner prescribed below:

| Party Served | Method of Service | Date Served |
|---|---|---|
| U.S. Attorney General<br>Alberto R. Gonzalez<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave.N.W<br>Washington D.C. 20530-0001 | US Certified Mail | October 16, 2006 |
| Alicemarie Stotler<br>Ronald Reagan Bldg<br>411 W. Fourth Street<br>Santa Ana, Ca. 92701 | US Certified Mail | October 16, 2006 |
| United States Attorney<br>Attn: Brett A. Segal<br>411 W. Fourth Street #8000<br>Santa Ana, Ca. 92701 | US Certified Mail | October 16, 2006 |
| Federal Bureau of Invest.<br>Michael Rawlins<br>411 W. Fourth Street 3rd Floor<br>Santa Ana, Ca. 92701 | US Certified Mail | October 16, 2006 |
| David Hoffer<br>Calif. Superior Court/C55<br>700 Civic Center Drive West<br>Santa Ana, Ca. 92701 | US Certified Mail | October 16, 2006 |

1

| Party Served | Method of Service | Date Served |
|---|---|---|
| James Sensenbrenner<br>U.S. House of Rep.<br>238 Rayburn House Office Bldg<br>Washington DC 20515 | US Certified Mail | October 16, 2006 |
| Kenneth L. Wainstein<br>U.S. Attorney For<br>District of Columbia<br>555 4th Street N.W.<br>Washington DC 20530 | US Certified Mail | October 16, 2006 |

_____
James Davis Bennett

10·16·2006
Date of Certification

2