November 3, 2006

To: Nancy Mayer-Whittington – Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

From: James Davis Bennett

Re: James Davis Bennett v. Stotler, Alicemarie, et al
Case No. 06-5319   Nsuit:2550   Prisoner:Civil Rights
Appeal from: U.S. District Court

Effective today, my address is changed to:

James Davis Bennett
#32589-112
FCI Victorville Medium 1
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301

RECEIVED
NOV 09 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT