May 23, 2007


Nancy Mayer-Whittington
Clerk of Court
U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:        Case No. 06-5319
           James Davis Bennett v. Alicemarie Stotler, et al

Effective today, the address for James Davis Bennett is:

James Davis Bennett
#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

*our no. = 06-1635 JDB* (handwritten annotation)